Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THERESA BROWER,<br><br>    Plaintiff,<br><br>  v.<br><br>THE TJX COMPANIES, INC. d/b/a MARSHALLS,<br><br>    Defendant. | Civil Action No.: _____ |

**DEFENDANT'S DISCLOSURE STATEMENT**

  Defendant Marshalls of MA, Inc. ("Marshalls" or "Defendant") (incorrectly named as "The TJX Companies, Inc. d/b/a Marshalls"), by its counsel, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3 to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal:

  Marshalls of MA, Inc. certifies that it is an indirect subsidiary of The TJX Companies, Inc. The TJX Companies, Inc. is a publicly traded corporation that does not have a corporate parent. No other corporation or other business entity has a financial interest in this litigation.

70091957v.2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/  Robert T. Szyba*
Robert T. Szyba
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
rszyba@seyfarth.com

*Attorneys for Defendant*

Date: May 7, 2021