Amy E. Rudley, Esquire (2017)
COOPER LEVENSON, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 572-7408
Facsimile: (609) 572-7409
File No. 50579.00020
Attorney for Defendant, Marshall Retail Group

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERESA BROWER,<br><br>              Plaintiff,<br><br>vs.<br><br>THE MARSHALL RETAIL GROUP, LLC,<br><br>              Defendant. | Civil Action No. 3:21-cv-10960 ZNQ/DEA<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against any party.

COOPER LEVENSON, P.A.                                         KOLLER LAW LLC


By:___/s/ Amy E. Rudley_____        By: /s/ David M. Koller
    AMY E. RUDLEY, ESQUIRE                                  DAVID KOLLER, ESQUIRE
    Attorney for Defendants, Marshal Retail Group        Attorney for Plaintiff


Dated: ____March 7, 2023_____